BARNETT M. KAPLAN, Appellant, v. MARYLAND CASUALTY COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

M. PACHMAN, INC., Respondent, v. NEW AMSTERDAM CASUALTY COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

PHILIP L. HANO and Another, Respondents, v. E. P. LAWSON COMPANY, INC., and Another, Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

ISAAC TANENBAUM, Respondent, v. COMMERCIAL CREDIT CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

JACOB RABINOWITZ, Respondent, v. MANHATTAN STEAM BAKERY CO., INC., and Others, Appellants.— Order affirmed, with twenty dollars costs and disbursements, with leave to defendants to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

HENRIETTA HARDER, Appellant, v. WILLIAM J. DELEHANTY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

JACQUELINE ANITA LIEBERMAN, an Infant, by MAE A. LIEBERMAN, Her Guardian ad Litem, Appellant, v. BENJAMIN BLOCK and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVE KESTENBAUM, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

THE TEXAS COMPANY, Appellant, v. ESSANARR GARAGE CORPORATION, Respondent.— Judgment and orders affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

CHARLES BURNHAM SQUIER, Appellant, v. AUGUSTUS S. HOUGHTON and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ.

WALTER BLUMENTHAL and Another, Appellants, v. SEBASTIAN WEIKMAN, as President of BUTCHER UNION LOCAL No. 174, and Another, Respondents.— Without passing on the question whether the acts complained of constitute a secondary boycott, the order is affirmed, without costs, and the trial of the action ordered for April 18, 1935. No opinion. Present — Martin, P. J., Merrell, O'Malley, Townley and Untermyer, JJ. [154 Misc. 684.]